IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF<br><br>**MISAEL FERNANDO DELGADO SURIA**<br>**MARA ELIZABETH SANTIAGO CARRION**<br>**XXX-XX-5870**<br>**XXX-XX-4351**<br>**Debtor(s)** | **CASE NO. 11-01668-MCF**<br><br>**CHAPTER**<br><br>**ASSET CASE** |

## OBJECTION TO CLAIM #7
## FILED BY HSBC BANK NEVADA, N.A. (BEST BUY CO., INC.)

**TO THE HONORABLE COURT**

**NOW COMES**, debtors through the undersigned attorney and very respectfully pray and state as follows:

1. Debtors object Claim #7, filed on February 7/1/2011 by HSBC Bank Nevada, N.A. (Best Buy Co., Inc.), for the amount of $3,960.37, classified as secured, on the following grounds: no evidence of perfection of claimed security interest was filed with the proof of claim.

**NOTICE**, within thirty (30) days after service as evidence by the certification, and an additional (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this post confirmation modified plan with the Clerk's office of the US Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**WHEREFORE**, it is respectfully requested from this Honorable Court that this motion be granted for the reason herein set forth and that an order be entered disallowing this claim.

Misael Delgado Suria
Mara Elizabeth Santiago Carrion
11-01668-MCF
Objection to claim 7...
Page 2

**I HEREBY CERTIFY**: that a copy of this motion was electronically filed by debtors using the CM/ECF System which will send a notification to the standing Chapter 13 Trustee and to all registered interested parties. In addition, a copy of this motion was sent by debtors' attorney to HSBC Bank Nevada, N.A., c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712; to the debtors at the address of record and to all creditors and parties in interest appearing in the master address list not registered in CM/ECF.

**RESPECTFULLY SUBMITTED**

**IN CAROLINA, PUERTO RICO, JULY 29, 2014.**

/s/ Ramón F. López
**RAMON F. LOPEZ, ESQ. (203813)
RAMON F. LOPEZ LAW OFFICES, P.S.C.
ATTORNEY FOR DEBTOR
PO BOX 34173
FT BUCHANAN PR 00934
PHONE (787) 276-0196
rlrcar@caribe.net**

**11-01668-SEK13** MISAEL FERNANDO DELGADO SURIA and MARA ELIZABETH SANTIAGO CARRION
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** SARA E. DE JESUS KELLOGG
**Date filed:** 02/28/2011 **Date of last filing:** 03/14/2011

# Creditors

**AEE**
PO BOX 363508
SAN JUAN, PR 00936-3508
(3173144)
(cr)

**AEELA**
PO BOX 364508
SAN JUAN, PR 00936-4508
(3173145)
(cr)

**ASOCIACION CONDOMINIO TORRES DE ANDALUCI**
PO BOX 31338
SAN JUAN, PR 00929
(3173146)
(cr)

**Asume**
PO BOX 70376
SAN JUAN, PR 00936-8376
(3173147)
(cr)

**BEST BUY**
PO BOX 60148
CITY OF INDUSTRY, CA 91716-0148
(3173148)
(cr)

**BPPR**
PO BOX 11917
SAN JUAN, PR 00922-1917
(3173149)
(cr)

**CITIFINANCIAL**
PO BOX 71328
SAN JUAN, PR 00936-8428
(3173150)
(cr)

**COOP AEE**
PO BOX 9061
SAN JUAN, PR 00908-9061
(3173151)
(cr)

**COOPAEE**
c/o Cancio, Nadal, Rivera & Diaz, PSC
PO Box 364966
San Juan, PR 00936-4966
(3181049)
(cr)

**DEPARTAMENTO DE HACIENDA**
(3173152)

| | |
|---|---|
| BANKRUPTCY SECTION<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | (cr) |
| **ELBA OCACIO**<br>URB VALLE ARRIBA HEIGHTS<br>CALLE YAGRUMO BJ 2<br>CAROLINA, PR 00983 | (3173153)<br>(cr) |
| **ELECTROCOOP**<br>AVE. CONDADO 605<br>CONDOMINIO SAN ALBERTO SUITE 307<br>SAN JUAN, PR 00907 | (3173154)<br>(cr) |
| **FIRST BANK**<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | (3184199)<br>(cr) |
| **FIRST BANK**<br>PO BOX 19327<br>SAN JUAN, PR 00910-1427 | (3173155)<br>(cr) |
| **ISLAND FINANCE**<br>PO BOX195369<br>SAN JUAN, PR 00919-5369 | (3173156)<br>(cr) |
| **LCDA. CARLA M. NEVAREZ PEREZ**<br>PO BOX 192938<br>SAN JUAN, PR 00919-2938 | (3173157)<br>(cr) |
| **LCDO. JOSE R. DEL VALLE RODRIGUEZ**<br>PO BOX 10590<br>SAN JUAN, PR 00922-0590 | (3173158)<br>(cr) |
| **LIDIAN COSME RODRIGUEZ**<br>152 VILLAS DEL BOSQUE<br>CIDRA, PR 00739 | (3173159)<br>(cr) |
| **OLGA CARRION SOTO**<br>CONDOMINIO EL DUERO APT 14B<br>CALLE HONDURAS<br>SAN JUAN, PR 00917 | (3173160)<br>(cr) |
| **ROSA SANTOS**<br>URB. MAYORCA<br>R25 CALLE TEJAS<br>GUYNABO, PR 00969 | (3173161)<br>(cr) |
| **SANTANDER FINANCIAL D/B/A ISLAND FINANCE** | (3180402) |

| | |
|---|---|
| PO BOX 195369<br>SAN JUAN PR 00919-5369 | (cr) |
| **SEARS**<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 | (3173162)<br>(cr) |
| **SISTEMA RETIRO EMPLEADOS AEE**<br>PO BOX 13978<br>SAN JUAN, PR 00908-3978 | (3173163)<br>(cr) |
| **UNIVERSIDAD DE PR**<br>PO BOX 23315<br>SAN JUAN PR 00931 | (3173164)<br>(cr) |
| **UNIVERSIDAD METROPOLITANA**<br>PO BOX 21150<br>SAN JUAN, PR 00928-1150 | (3173165)<br>(cr) |