**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**MISAEL FERNANDO DELGADO SURIA**
**MARA ELIZABETH SANTIAGO CARRION**

**xxx–xx–5870**
**xxx–xx–4351**

Debtor(s)

Case No. **11–01668 MCF**

Chapter **13**

FILED & ENTERED ON 9/16/14

***ORDER***

The motion filed by Debtors requesting objection to claim no. 07 (docket #83) is hereby denied. without prejudice for failure to give proper notice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, September 16, 2014 .

Mildred Caban Flores
United States Bankruptcy Court